UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, <br><br>Plaintiffs, <br><br>v. <br><br>WEST PAC INTERIORS, INC., a California corporation; SILVA GENERAL CONSTRUCTION, INC., a California corporation; MANUEL SILVA, an individual; ROSALIE DIANNE SILVA, an individual; and DOES 1 through 10, inclusive, <br><br>Defendants. | CASE NO.  CV-14-5819 JAK(SHx) <br><br>ORDER ON STIPULATION FOR ENTRY OF JUDGMENT AS TO: WEST PAC INTERIORS, INC., a California corporation ONLY <br><br>Before the Honorable Judge John A. Kronstadt |

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiffs CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS ("PLAINTIFFS), have judgment against Defendant WEST PAC INTERIORS, INC., a California corporation ("DEFENDANT"), as follows:

That judgment be entered in favor of CARPENTERS SOUTHWEST

///

ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS for damages in the amount of **$237,996.96**.

Dated: July 1, 2015

_____
THE HON. JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE