UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,<br><br>Plaintiffs,<br><br>v.<br><br>WEST PAC INTERIORS, INC., a California corporation; SILVA GENERAL CONSTRUCTION, INC., a California corporation; MANUEL SILVA, an individual; ROSALIE DIANNE SILVA, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV-14-5819 JAK(SHx)<br><br>ORDER ON STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE, SUBJECT TO REOPENING, IF SETTLEMENT IS NOT CONSUMMATED<br><br>**JS-6** |

**GOOD CAUSE APPEARING THEREFOR, IT IS ORDERED** that this matter be dismissed subject to reopening by August 1, 2024, without prejudice, as to Defendants SILVA GENERAL CONSTRUCTION, INC., a California corporation; MANUEL SILVA, an individual; and ROSALIE DIANNE SILVA, an individual;

pursuant to settlement; and that this court retain jurisdiction to enforce the terms of the settlement.

Dated: July 13, 2015

_____
THE HONORABLE JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE