UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,<br><br>Plaintiffs,<br><br>v.<br><br>WEST PAC INTERIORS, INC., a California corporation; MANUEL SILVA, an individual; ROSALIE DIANNE SILVA, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. LA CV14-05819 JAK(SHx)<br><br>**ORDER RE STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE, SUBJECT TO REOPENING, IF SETTLEMENT IS NOT CONSUMMATED (DKT. 48)**<br><br>**JS-6** |

Good cause appearing therefor, the Court hereby **APPROVES** the Stipulation. It is Ordered that this matter be dismissed subject to reopening by June 1, 2031 without prejudice, as to Defendants MANUEL SILVA, an individual; and ROSALIE DIANNE SILVA, an individual; pursuant to settlement; and that this court retain jurisdiction to enforce the terms of the settlement. In light of the foregoing, this case is closed.

IT IS SO ORDERED.

Dated: August 22, 2019

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE